

# ASPLUNDH IN ACTION



ONE ASPLUNDH
Keeping the power on

READ MORE



GIVING BACK TO OUR COMMUNITIES
Asplundh partners with the Philadelphia Phillies

READ MORE



EMERGENCY AND STORM RESPONSE
Why Asplundh should be your first call

READ MORE

SUSTAINABILITY
New 2023 report available now

READ MORE

# COMMUNITY IMPACT

Donations to the Superhero Project

FULL STORY

Fundraising for ALS

FULL STORY

Camp Out for Hunger

FULL STORY

# ASPLUNDH IN ACTION



**ONE ASPLUNDH**
Keeping the power on

READ MORE



**GIVING BACK TO OUR COMMUNITIES**
Asplundh partners with the Philadelphia Phillies

READ MORE



EMERGENCY AND STORM RESPONSE
Why Asplundh should be your first call

READ MORE



SUSTAINABILITY
New 2023 report available now

READ MORE

# COMMUNITY IMPACT

Donations to the Superhero Project

Fundraising for ALS

Camp Out for Hunger

# ASPLUNDH IN ACTION



ONE ASPLUNDH
Keeping the power on

READ MORE



GIVING BACK TO OUR COMMUNITIES
Asplundh partners with the Philadelphia Phillies

READ MORE



EMERGENCY AND STORM RESPONSE
Why Asplundh should be your first call

READ MORE



SUSTAINABILITY
New 2023 report available now

READ MORE

## COMMUNITY IMPACT

Donations to the Superhero Project

Fundraising for ALS

Camp Out for Hunger

# ONE ASPLUNDH

Our One Asplundh approach provides a single point of contact to the Asplundh family of companies' extensive range of vegetation management, engineering, and utility infrastructure businesses.

With one phone call, our team is ready to respond with best-in-class equipment, resources, and comprehensive solutions to help our nation's utilities, municipalities, and government agencies take on the toughest vegetation and infrastructure challenges.

With one phone call, our customers can breathe easier during extreme weather events, knowing they have access to the industry's top people, services, and expertise. They have a team with grit and passion ready to respond, restore, and revitalize their community for a better tomorrow.



09:37

VIDEO: CELEBRATING 95 YEARS

## ROOTED IN A CENTURY OF EXPERIENCE

Established in 1928, Asplundh is a family-owned and operated company headquartered near Philadelphia, PA. Throughout 95 years, we have served the utility and infrastructure industries, helping communities build, recover, and thrive in a changing world. We have evolved to drive productivity and efficiencies, improve safety, and transform how utilities approach vegetation management. And we continue to innovate so that we can make a positive impact and improve lives for the people, businesses, and communities we serve.

VIDEO: CELEBRATING 95 YEARS

## ROOTED IN A CENTURY OF EXPERIENCE

Established in 1928, Asplundh is a family-owned and operated company headquartered near Philadelphia, PA. Throughout 95 years, we have served the utility and infrastructure industries, helping communities build, recover, and thrive in a changing world. We have evolved to drive productivity and efficiencies, improve safety, and transform how utilities approach vegetation management. And we continue to innovate so that we can make a positive impact and improve lives for the people, businesses, and communities we serve.

## DELIVERING COMPREHENSIVE SERVICES

Asplundh is a leading provider of safe, cost-effective, and environmentally sustainable vegetation management and utility infrastructure services. Employing 36,000 people in the U.S., Canada, Australia and New Zealand, the company has a broad and global reach in supporting international GHG reduction efforts.

A family-owned and operated company established in 1928, Asplundh serves electric utility companies, municipalities, pipelines, and railroads. The company and its subsidiaries perform tree pruning and removals, right-of-way clearing and maintenance, vegetation management with herbicides, emergency storm work and logistical support.

In addition, Asplundh provides power line design, construction, and engineering AMI/AMR deployments, meter reading, electrical testing and commissioning, utility pole maintenance, traffic signalization, roadway lighting, and intelligent transportation system construction and maintenance services.



## DELIVERING COMPREHENSIVE SERVICES

Asplundh is a leading provider of safe, cost-effective, and environmentally sustainable vegetation management and utility infrastructure services. Employing 36,000 people in the U.S., Canada, Australia and New Zealand, the company has a broad and global reach in supporting international GHG reduction efforts.

A family-owned and operated company established in 1928, Asplundh serves electric utility companies, municipalities, pipelines, and railroads. The company and its subsidiaries perform tree pruning and removals, right-of-way clearing and maintenance, vegetation management with herbicides, emergency storm work and logistical support.

In addition, Asplundh provides power line design, construction, and engineering AMI/AMR deployments, meter reading, electrical testing and commissioning, utility pole maintenance, traffic signalization, roadway lighting, and intelligent transportation system construction and maintenance services.

# PATHWAY TO NET-ZERO

At Asplundh, delivering responsible and sustainable service is our business. It's what we do. We respect our role in the global community and have a clear line of sight to reducing greenhouse gas (GHG) emissions with a pathway to net-zero by 2050.  For our customers, partners, and neighbors, we are clearing the way to a greener, more sustainable future.

## PATHWAY TO NET-ZERO

At Asplundh, delivering responsible and sustainable service is our business. It's what we do. We respect our role in the global community and have a clear line of sight to reducing greenhouse gas (GHG) emissions with a pathway to net-zero by 2050.  For our customers, partners, and neighbors, we are clearing the way to a greener, more sustainable future.

> "
>
> Our commitment is the next step in our journey to ensure that our safe and cost-efficient solutions are the most environmentally sustainable in the industry.

# SUSTAINABILITY



Our commitment is the next step in our journey to ensure that our safe and cost-efficient solutions are the most environmentally sustainable in the industry.



SAFETY



PEOPLE



SUSTAINABILITY

# KEEPING THE POWER ON

Our central purpose is to support our electrical utility partners in providing access to safe, reliable, uninterrupted, and sustainable energy. Asplundh provides emergency resources throughout North America to handle vegetation and infrastructure damage caused by catastrophic weather events such as ice, snow, tornadoes, or hurricanes. Our crews are often first responders in times of crisis, collaborating with other essential services to clear vegetation around power lines.

## EMERGENCY STORM RESPONSE

Asplundh's experienced Storm Coordination Team tirelessly monitors weather systems, so we are ready respond before the storm strikes. From one lift crew to hundreds, we're equipped to deliver specialized expertise, people and equipment needed to safely and effectively support power restoration efforts—wherever and whenever needed.

- Extensive collection of standard and specialized equipment ready for deployment anywhere
- Safety supervision before, during and after the cleanup or restoration
- Fleet equipped with vehicle location systems (AVMS) to help track and dispatch crews to high-priority work sites
- Logistical support for widespread or prolonged restoration situations

MORE





## KEEPING THE POWER ON

Our central purpose is to support our electrical utility partners in providing access to safe, reliable, uninterrupted, and sustainable energy. Asplundh provides emergency resources throughout North America to handle vegetation and infrastructure damage caused by catastrophic weather events such as ice, snow, tornadoes, or hurricanes. Our crews are often first responders in times of crisis, collaborating with other essential services to clear vegetation around power lines.

## EMERGENCY STORM RESPONSE

Asplundh's experienced Storm Coordination Team tirelessly monitors weather systems, so we are ready respond before the storm strikes. From one lift crew to hundreds, we're equipped to deliver specialized

expertise, people and equipment needed to safely and effectively support power restoration efforts—wherever and whenever needed.

- Extensive collection of standard and specialized equipment ready for deployment anywhere
- Safety supervision before, during and after the cleanup or restoration
- Fleet equipped with vehicle location systems (AVMS) to help track and dispatch crews to high-priority work sites
- Logistical support for widespread or prolonged restoration situations

**MORE**

## EXPLORE ASPLUNDH


VEGETATION MANAGEMENT


INFRASTRUCTURE SOLUTIONS


CORPORATE SUSTAINABILITY


36,000 STRONG - JOIN OUR TEAM

# CONNECT WITH US TO LEARN MORE ABOUT OUR SERVICES

CONTACT US

HOME

VEGETATION MANAGEMENT

INFRASTRUCTURE SOLUTIONS

EMERGENCY AND STORM

SUSTAINABILITY

COMMUNITY

JOIN OUR TEAM

JOB OPPORTUNITIES

INSIDE ASPLUNDH

RESOURCE CENTER

CONTACT

EMPLOYEE LOGIN

Search



 

OFFICIAL COMMUNITY PARTNER OF THE PHILADELPHIA PHILLIES

    

CONTACT ASPLUNDH    ACCESSIBILITY    PRIVACY POLICY    PROCUREMENT    TRANSPARENCY IN COVERAGE

1-800-248-TREE • 708 BLAIR MILL ROAD • WILLOW GROVE, PA 19090 | PRIVACY CHOICES | DATA RIGHTS REQUEST

HOME

VEGETATION MANAGEMENT

INFRASTRUCTURE SOLUTIONS

EMERGENCY AND STORM

SUSTAINABILITY

COMMUNITY

JOIN OUR TEAM

JOB OPPORTUNITIES

INSIDE ASPLUNDH

RESOURCE CENTER

CONTACT

EMPLOYEE LOGIN

Search





OFFICIAL COMMUNITY PARTNER OF THE PHILADELPHIA PHILLIES

**1.800.248.TREE**

708 BLAIR MILL ROAD

WILLOW GROVE, PA 19090

CONTACT – ACCESSIBILITY – PRIVACY – PROCUREMENT – TRANSPARENCY IN COVERAGE

PRIVACY CHOICES | DATA RIGHTS REQUEST