

READ SUSTAINABILITY REPORT

- VEGETATIO
- INFRASTRU
- EMERGENCY
- SUSTAINAB
- COMMUNIT
- JOIN OUR TEAM



# VEGETATION MANAGEMENT

As full-service utility partner, Asplundh brings experienced personnel, specialized equipment, innovative technology, and logistical resources to execute successful vegetation management programs. From simple to complex, we handle a range of job requirements, including tree pruning and removals, right-of-way clearing and maintenance, herbicide application, emergency storm work and logistical support. Regardless of the job size and scope, the Asplundh team can do it more safely, efficiently, and effectively, and at a lower cost.

# VEGETATION MANAGEMENT

As full-service utility partner, Asplundh brings experienced personnel, specialized equipment, innovative technology, and logistical resources to execute successful vegetation management programs. From simple to complex, we handle a range of job requirements, including tree pruning and removals, right-of-way clearing and maintenance, herbicide application, emergency storm work and logistical support. Regardless of the job size and scope, the Asplundh team can do it more safely, efficiently, and effectively, and at a lower cost.



Our integrated SAFETY ALWAYS culture
has set the industry standard for decades.

# STAYING SAFE





"

Our integrated SAFETY ALWAYS culture
has set the industry standard for decades.



## PROTECTING OUR COMMUNITIES

For every customer we serve, our number one priority is ensuring the safety and health of our employees, our partners, and the communities we serve. Safety is a core value at Asplundh. We value the safety of our people and the communities in which we operate. In our roles as first responders, we extend this duty of care to our communities and people and take every precaution to ensure public safety.



## PROTECTING OUR COMMUNITIES

For every customer we serve, our number one priority is ensuring the safety and health of our employees, our partners, and the communities we serve. Safety is a core value at Asplundh. We value the safety of our people and the communities in which we operate. In our roles as first responders, we extend this duty of care to our communities and people and take every precaution to ensure public safety.

# MARKETS SERVED

| INVESTOR-OWNED UTILITIES | ELECTRIC COOPERATIVES | MUNICIPALITIES | RAILROADS | PIPELINES | HIGHWAYS & DOT | RESIDENTIAL & COMMERCIAL |

## INVESTOR-OWNED UTILITIES

From routine line clearance to capital clearing and emergency storm restoration work, Asplundh's experienced personnel, specialized equipment and unmatched expertise have proven essential to investor-owned utilities that rely on us for managing vegetation along transmission and distribution lines. We are a valuable partner in developing efficient and effective vegetation management programs to meet the North American Electric Reliability Corporation standards (NERC).

# SERVICES

| LINE CLEARANCE | HERBICIDE APPLICATION | TOUGH TERRAIN CLEARING | STORM & EMERGENCY SERVICES | LOGISTICS SUPPORT FOR MAJOR STORM RESPONSE | AERIAL SIDE TRIMMING |

## LINE CLEARANCE

Since 1928, Asplundh has provided professional, cost-effective line clearance services to utilities and municipalities. While we offer a much wider range of specialized services today, line clearance is still the core of our business.

Asplundh's line clearance services include:

- Trimming and removals along distribution and transmission circuits
- Aerial- and ground-based side-trimming to widen off-road ROW
- Herbicide application to selectively control undesirable vegetation
- Mechanical or manual ROW clearing for new service
- Emergency storm service
- GPS locating and cataloging of vegetation on ROW
- NERC compliance and risk assessment



SAFETY



PEOPLE



SUSTAINABILITY

As a full-service utility partner, we bring a wealth of experience, specialized equipment, innovative technology, and logistical resources to every job we undertake.

CONTACT ASPLUNDH VEGETATION MANAGEMENT

## CONTACT US TO LEARN MORE ABOUT OUR SERVICES AND PARTNERSHIP OPPORTUNITIES

# ASPLUNDH FAMILY OF COMPANIES

Asplundh has grown from its humble beginnings as a family-owned business started in 1928 by three Asplundh brothers, to a global organization and leading provider of safe, cost-effective, and environmentally sustainable vegetation management and utility infrastructure services. Today Asplundh employs more than 36,000 people across the United States, Canada, Australia, and New Zealand.

## ASPLUNDH FAMILY OF COMPANIES

Asplundh has grown from its humble beginnings as a family-owned business started in 1928 by three Asplundh brothers, to a global organization and leading provider of safe, cost-effective, and environmentally sustainable vegetation management and utility infrastructure services. Today Asplundh employs more than 36,000 people across the United States, Canada, Australia, and New Zealand.

ASPLUNDH U.S.A.

ASPLUNDH INFRASTRUCTURE GROUP

ASPLUNDH CANADA

ASPLUNDH AUSTRALIA

ASPLUNDH NEW ZEALAND









HOME
VEGETATION MANAGEMENT
INFRASTRUCTURE SOLUTIONS
EMERGENCY AND STORM
SUSTAINABILITY
COMMUNITY
JOIN OUR TEAM
JOB OPPORTUNITIES
INSIDE ASPLUNDH
RESOURCE CENTER
CONTACT
EMPLOYEE LOGIN

Search






    

CONTACT ASPLUNDH   ACCESSIBILITY   PRIVACY POLICY   PROCUREMENT   TRANSPARENCY IN COVERAGE

1-800-248-TREE • 708 BLAIR MILL ROAD • WILLOW GROVE, PA 19090 | PRIVACY CHOICES | DATA RIGHTS REQUEST

HOME
VEGETATION MANAGEMENT
INFRASTRUCTURE SOLUTIONS
EMERGENCY AND STORM
SUSTAINABILITY
COMMUNITY
JOIN OUR TEAM
JOB OPPORTUNITIES
INSIDE ASPLUNDH
RESOURCE CENTER
CONTACT
EMPLOYEE LOGIN

   

Search



 

# 1.800.248.TREE

708 BLAIR MILL ROAD

WILLOW GROVE, PA 19090

CONTACT – ACCESSIBILITY – PRIVACY – PROCUREMENT – TRANSPARENCY IN COVERAGE

PRIVACY CHOICES | DATA RIGHTS REQUEST