# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MEMPHIS LIGHT, GAS AND WATER DIVISION, <br><br> Plaintiff, <br><br> v. <br><br> ASPLUNDH TREE EXPERT, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) )     No. 2:24-cv-02383-SHL-tmp |

## ORDER DIRECTING DEFENDANT TO SUPPLEMENT DISCLOSURE STATEMENT

Before the Court is Defendant Asplundh Tree Expert, LLC's Corporate Disclosure Statement (ECF No. 20), filed September 25, 2024. Asplundh disclosed information under Federal Rule of Civil Procedure 7.1(a)(1), which requires a nongovernmental corporation seeking to intervene to disclose certain details about its corporate structure. Asplundh is neither a corporation nor an intervenor—Asplundh admitted it was a limited liability company organized under the laws of Pennsylvania. (ECF No. 1 at ¶ 2; ECF No. 15 at ¶ 2.)

Rule 7.1(a)(2) requires a party in a diversity action to name and identify the citizenship of "every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2). A limited liability company takes on the citizenship of each of its members. Delay v. Rosenthal Collins Grp., LLC, 585 F.3d 1003, 1005 (6th Cir. 2009). Thus, the Court **DIRECTS** Asplundh to supplement its disclosure statement with the name and citizenship of each of its members by **October 4, 2024**.

**IT IS SO ORDERED,** this 25th day of September, 2024.

                                                     s/ Sheryl H. Lipman  
                                                     SHERYL H. LIPMAN  
                                                     CHIEF UNITED STATES DISTRICT JUDGE