# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **MEMPHIS LIGHT, GAS AND WATER DIVISION,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:24-cv-02383-SHL-tmp <br>)<br>) |
| **ASPLUNDH TREE EXPERT, LLC,** | )<br>) |
| Defendant. | ) |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANT

Pursuant to the Court's Order Directing Defendant to Supplement Disclosure Statement dated September 25, 2024 (Doc. 22), defendant Asplundh Tree Expert, LLC files this supplement concerning its members.

The names and citizenship of the members of Asplundh Tree Expert, LLC are as follows:

1. CGLA, Inc., a Delaware corporation;

2. Gorilla Investor, LLC, a Delaware limited liability company whose sole member is a Delaware corporation;

3. Asplundh Tree Expert Holding Co., a Pennsylvania corporation; and

4. CP Arbor Holdings, L.P., a Delaware limited partnership whose partners are all Delaware limited partnerships.

Dated: October 1, 2024

Respectfully submitted,

BURCH PORTER & JOHNSON, PLLC

*s/ Douglas F. Halijan*
Douglas F. Halijan (BPR # 16718)
Nathan A. Bicks (BPR # 10903)
David E. Goodman (BPR # 21493)
Elena Mosby (BPR # 40562)
Burch Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
Telephone: 901-524-5000
Facsimile: 901-524-5024
dhalijan@bpjlaw.com
nbicks@bpjlaw.com
dgoodman@bpjlaw.com
emosby@bpjlaw.com

*Attorneys for Defendant*