IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MEMPHIS LIGHT, GAS AND WATER DIVISION, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 2:24-cv-02383-SHL-tmp |
| ASPLUNDH TREE EXPERT, LLC, ) ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Pursuant to Local Rules 16.3(d) and 83.13(a), Plaintiff, Memphis Light, Gas and Water Division, and Defendant, Asplundh Tree Expert, LLC, by and through undersigned counsel, hereby jointly notify the Court that the parties participated in mediation and have reached an agreement to resolve all issues in dispute between the parties. The parties will file a stipulation of dismissal upon finalizing the settlement and in accordance with the agreement by the parties as to the timing of such filing.

Respectfully submitted,

BLACK McLAREN JONES RYLAND & GRIFFEE, P.C.

*s/ Amy Worrell Sterling*
Michael G. McLaren (#5100)
Amy Worrell Sterling (#25773)
530 Oak Court Drive, Suite 360
Memphis, Tennessee 38117
(901) 762-0535
mmclaren@blackmclaw.com
asterling@blackmclaw.com

*Attorneys for Plaintiff*

BURCH PORTER & JOHNSON, PLLC

<u>s/ Douglas F. Halijan</u> *(by AWS per e-mail consent)*
Douglas F. Halijan (#016718)
Nathan A. Bicks (#10903)
David E. Goodman (#21493)
Elena R. Mosby (#40562)
130 North Court Avenue
Memphis, Tennessee 38103
(901) 524-5000
dhalijan@bpjlaw.com
nbicks@bpjlaw.com
dgoodman@bpjlaw.com
emosby@bpjlaw.com

*Attorneys for Defendant*