**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **MEMPHIS LIGHT, GAS AND WATER DIVISION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Case No. 2:24-cv-02383-SHL-tmp** |
| **ASPLUNDH TREE EXPERT, LLC,** | ) ) ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Memphis Light, Gas and Water Division, and Defendant, Asplundh Tree Expert, LLC, hereby jointly file this stipulation of dismissal, with prejudice, of this action in its entirety, including all claims and counterclaims. Each party shall pay its own attorney fees and discretionary costs, with the exception of outstanding court costs, if any, which shall be assessed against Defendant.

Respectfully submitted,

BLACK McLAREN JONES RYLAND & GRIFFEE, P.C.

*s/ Amy Worrell Sterling*
Michael G. McLaren (#5100)
Amy Worrell Sterling (#25773)
530 Oak Court Drive, Suite 360
Memphis, Tennessee 38117
(901) 762-0535
mmclaren@blackmclaw.com
asterling@blackmclaw.com

*Attorneys for Plaintiff*

BURCH PORTER & JOHNSON, PLLC

*s/ Douglas F. Halijan*  *(by AWS per email consent)*
Douglas F. Halijan (#016718)
Nathan A. Bicks (#10903)
David E. Goodman (#21493)
Elena R. Mosby (#40562)
130 North Court Avenue
Memphis, Tennessee 38103
(901) 524-5000
dhalijan@bpjlaw.com
nbicks@bpjlaw.com
dgoodman@bpjlaw.com
emosby@bpjlaw.com

*Attorneys for Defendant*